ber 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *Mr. George Weems Williams, Mr. St. George R. Fitzhugh* and *Mr. Nicholas P. Bond* for petitioner. *Mr. William D. Carter* for respondents.

---

No. 456. MILO H. OSBORN, PETITIONER, *v.* THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. A. Hoehling, Jr.,* for petitioner. *Mr. Gardiner Lathrop, Mr. Robert Dunlap* and *Mr. A. B. Browne* for respondent.

---

No. 460. THE MILWAUKEE RUBBER WORKS COMPANY, PETITIONER, *v.* THE RUBBER TIRE WHEEL COMPANY. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Charles Quarles, Mr. John C. Spooner* and *Mr. J. L. Bishop* for petitioner. *Mr. Augustine L. Humes* for respondent.

---

No. 461. CONTRACTORS' SUPPLY AND EQUIPMENT COMPANY ET AL., PETITIONERS, *v.* T. E. HILL COMPANY ET AL. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd C. Whitman* for petitioners. *Mr. Charles P. Abbey* for respondents.

---

No. 464. ÆTNA INDEMNITY COMPANY, PETITIONER, *v.* JAMES R. CROWE COAL AND MINING COMPANY. October 21, 1907. Petition for a writ of certiorari to the United States Circuit